IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WILKIN PALACIOS**, *Plaintiff,* <br><br> v. <br><br> **JESSICA LUNDGREN; ADAM JAMES**, *Defendants,* | **CIVIL ACTION** <br><br> **NO. 23-3096** |

## ORDER DENYING SUMMARY JUDGMENT

**AND NOW**, this 27th day of February 2024, this Court, after reviewing briefing from both parties, and for reasons states in the foregoing Memorandum, **DENIES** Plaintiff's Motion for Partial Summary Judgment.

BY THE COURT:

/s/ Michael M. Baylson

**MICHAEL M. BAYLSON**
**United States District Judge**

O:\CIVIL 23\23-3096 Palacios v Lundgren\23cv3096 Order Denying SJ.docx